HOLLIDAY *v.* WARDEN OF MARYLAND
PENITENTIARY

[H. C. No. 10, October Term, 1951.]

*Decided December 6, 1951.*

686

Before MARBURY, C. J., and DELAPLAINE, COLLINS, HENDERSON and MARKELL, JJ.

MARKELL, J., delivered the opinion of the Court.

This is petitioner's sixth application for leave to appeal from denial of a writ of *habeas corpus*. *Holliday v. Warden*, 190 Md. 732; *Holliday v. Warden*, 191 Md. 763, *certiorari* denied 336 U. S. 928; *Holliday v. Warden*, 197 Md. 689, 80 A. 2d 32; *Holliday v. Warden*, 198 Md. 651, 80 A. 2d 608; *Holliday v. Warden*, 198 Md. 667, 81 A. 2d 56. This petition is essentially only reiteration of a contention, regarding alleged unlawful arrest, previously made and expressly mentioned by us in denying his second application.

*Application denied, with costs.*